# IN THE SUPREME COURT OF THE STATE OF NEVADA

| IN THE MATTER OF DISCIPLINE OF ALEXIS PLUNKETT, BAR NO. 11245 | No. 79000 |
|---|---|

FILED

JUL 10 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## ORDER OF REFERRAL TO DISCIPLINARY BOARD

This is a petition under SCR 111 concerning attorney Alexis Plunkett, based on her conviction of possession of a portable telecommunication device by a prisoner, a felony in violation of NRS 212.165. For purposes of SCR 111, the felony conviction is a "serious crime." SCR 111(6). Normally, upon being informed that an attorney has been convicted of a "serious crime," this court is required to impose an immediate temporary suspension and refer the attorney to the appropriate disciplinary board for a hearing to determine the extent of the discipline to be imposed. SCR 111(7), (8). But here, a temporary suspension is unnecessary because Plunkett is currently suspended from the practice of law under SCR 102(4)(b). *In re Discipline of Plunkett*, Docket No. 78337 (Order Imposing Temporary Suspension, April 5, 2019). To the extent that Plunkett's felony conviction is not within the scope of the disciplinary proceedings already pending against her, we refer this matter to the Southern Nevada Disciplinary Board.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-29335

cc: Chair, Southern Nevada Disciplinary Board
Bar Counsel, State Bar of Nevada
Justice Law Center

SUPREME COURT
OF
NEVADA

(O) 1947A